FELICE JOHN VITI, Acting United States Attorney (#7007)
TODD C. BOUTON, Assistant United States Attorney (#17800)
SACHIKO J. JEPSON, Special Assistant United States Attorney (#17077)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682; Email: todd.bouton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; and KRISTEN JACKSON ANDERSEN, <br><br> Defendants. | Case No. 2:23-cr-00010-HCN <br><br> **UNITED STATES' NOTICE OF INTENT TO RELY ON POTENTIAL EXPERT TESTIMONY** <br><br> Judge Howard C. Nielson, Jr. |

At trial, the United States of America ("United States") intends to offer testimony by former Public Health Advisor Christopher Duggar from the United States Centers for Disease Control and Prevention (CDC). The United States anticipates that this will consist of lay testimony by a central participant in the CDC's response to the COVID-19 pandemic, and not expert opinion testimony. However, out of an abundance of caution, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rule 702 of the Federal

1

Rules of Evidence, the United States hereby provides the following notice relating to potential expert testimony.

## I.   INTRODUCTION

Rule 702 of the Federal Rules of Evidence governs when "a witness who is qualified as an expert by knowledge, skill, experience, training or education may testify in the form of an opinion." The Committee Note to the Rule explains that "if the witness is relying solely or primarily on experience, then the witness must explain how that experience leads to the conclusion reached, why that experience is a sufficient basis for the opinion, and how that experience is reliably applied to the facts [of the case]." Fed. R. Evid. Rule 702, advisory committee's note.

The United States makes the below proffer to fulfill these requirements, as well as the requirements of Rule 16(a)(1)(G)(iii) of the Federal Rules of Criminal Procedure that the summary of expert testimony provided by the government include:

- a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C);

- the bases and reasons for them;

- the witness's qualifications, including a list of all publications authored in the previous 10 years; and

- a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.[1]

---

[1] *See United States v. Velarde*, 214 F.3d 1204, 1209-10 (10th Cir. 2000) (holding that a district court must make a reliability determination, but the procedure for doing so lies within the court's discretion).

## II. Rule 16(a)(1)(G)(iii) Disclosure of Expert Background and Anticipated Testimony

The United States anticipates offering testimony by Christopher Duggar, who recently retired from his role as a long-time Public Health Advisor at the CDC. Mr. Duggar has over twenty years' experience working to protect communities around the world from various diseases—including influenza, smallpox, Guinea worm, HIV/AIDS, polio, and COVID-19. Mr. Duggar has not testified as an expert during the past four years in any trials or depositions. His curriculum vitae is attached to this notice.

### 1. Publications in the Past Ten Years

Mr. Duggar has authored or co-authored the following publications during the past ten years.

- [U.S. COVID-19 vaccine distribution strategies, systems, performance, and lessons learned, December 2020 - May 2023.](#) **Duggar C**, Santoli JM, Noblit C, Moore LB, El Kalach R, Bridges CB.Vaccine. 2024 Sep 17;42 Suppl 3(Suppl 3):125703. doi: 10.1016/j.vaccine.2024.02.020. Epub 2024 Feb 15.PMID: 38360476.

- [Jurisdiction-level costs of the initial phase of the COVID-19 vaccination program in the United States, December 20, 2020-May 31, 2021.](#) Kim C, Dunphy C, **Duggar C**, Pike J.Vaccine. 2024 Oct 24;42(24):126287. doi: 10.1016/j.vaccine.2024.126287. Epub 2024 Sep 3.PMID: 39232401.

- [Federal Retail Pharmacy Program Contributions to Bivalent mRNA COVID-19 Vaccinations Across Sociodemographic Characteristics - United States, September 1, 2022-September 30, 2023.](#) El Kalach R, Jones-Jack N, Elam MA, Olorukooba A, Vazquez M, Stokley S, Meyer S, McGarvey S, Nguyen K, Scharf LG, Harris LQ, **Duggar C**, Moore LB.MMWR Morb Mortal Wkly Rep. 2024 Apr 4;73(13):286-290. doi: 10.15585/mmwr.mm7313a2.PMID: 38573866.

- [Federal Retail Pharmacy Program Contributions to Bivalent mRNA COVID-19 Vaccinations Across Sociodemographic Characteristics - United States, September 1, 2022-September 30, 2023.](#) El Kalach R, Jones-Jack N, Elam MA, Olorukooba A, Vazquez M, Stokley S, Meyer S, McGarvey S, Nguyen K, Scharf LG, Harris LQ, **Duggar C**, Moore LB.MMWR Morb Mortal Wkly Rep. 2024 Apr 4;73(13):286-290. doi: 10.15585/mmwr.mm7313a2.PMID: 38573866.

- [An overview of the COVID-19 pediatric vaccine program - The U.S. experience vaccinating children ages 6 months through 17 years.](#) Chatham-Stephens K, Carter RJ, **Duggar C**, Woodworth KR, Carnes CA, Bhatt A, Ottis C, Voegeli C, Stokley S, Vogt T.Vaccine. 2024 Sep 17;42 Suppl 3:125702. doi: 10.1016/j.vaccine.2024.02.019. Epub 2024 Feb 29.PMID: 38429152.

- [Advancing public health informatics during the COVID-19 pandemic: Lessons learned from a public-private partnership with pharmacies.](#) Jones-Jack N, El Kalach R, Yassanye D, Link-Gelles R, Olorukooba A, deMartino AK, Elam M, Romerhausen D, Vazquez M, **Duggar C**, Kim C, Patel A, Guo A, Gharpure R, Tippins A, Moore L.Vaccine. 2024 Sep 17;42 Suppl 3(Suppl 3):125667. doi: 10.1016/j.vaccine.2024.01.092. Epub 2024 Feb 1.PMID: 38302337.

- [Challenges and opportunities during the COVID-19 vaccination efforts in long-term care.](#) Stone ND, Parker Fiebelkorn A, Guo A, Mothershed E, Moccia L, Bell J, Yassanye D, Hall E, **Duggar C**, Srinivasan A, Meyer SA, Link-Gelles R.Vaccine. 2024 Sep 17;42 Suppl 3:125554. doi: 10.1016/j.vaccine.2023.12.064. Epub 2024 Jan 5.PMID: 38184394.

- [The US Federal Retail Pharmacy Program: Optimizing COVID-19 Vaccine Delivery Through a Strategic Public-Private Partnership.](#) Kim C, Guo A, Yassanye D, Link-Gelles R, Yates K, **Duggar C**, Moore L, El Kalach R, Jones-Jack N, Walker C, Gibbs Scharf L, Pillai SK, Patel A.Public Health Rep. 2023 Nov-Dec;138(6):870-877. doi: 10.1177/00333549231186606. Epub 2023 Jul 28.PMID: 37503697.

- [COVID-19 Vaccine Provider Access and Vaccination Coverage Among Children Aged 5-11 Years - United States, November 2021-January 2022.](#) Kim C, Yee R, Bhatkoti R, Carranza D, Henderson D, Kuwabara SA, Trinidad JP, Radesky S, Cohen A, Vogt TM, Smith Z, **Duggar C**, Chatham-Stephens K, Ottis C, Rand K,

4

Lim T, Jackson AF, Richardson D, Jaffe A, Lubitz R, Hayes R, Zouela A, Kotulich DL, Kelleher PN, Guo A, Pillai SK, Patel A.MMWR Morb Mortal Wkly Rep. 2022 Mar 11;71(10):378-383. doi: 10.15585/mmwr.mm7110a4.PMID: 35271559.

2. **Anticipated Testimony of Christopher Duggar**

The United States anticipates that Mr. Duggar will testify regarding the matters listed below. His testimony is supported by his training—which includes coursework, workshops, and review of relevant literature—and over twenty years' experience working in public health disease control and vaccine programs. While the United States anticipates Mr. Duggar will provide fact testimony based on his experience and observations (Fed. R. Evid. 701), his experience and training also provide a sufficient basis for opinions related to the below subject matters.

While serving the public for decades in public health, Mr. Duggar has also managed teams engaged in various disease response and crisis prevention efforts. Through continuing education and training, he has kept up to date on developments related to his CDC work—which, until his recent retirement last month, included epidemiology, vaccine work, and emergency management. Mr. Duggar has also published many articles, listed above, related to the CDC's COVID-19 response.

- **Background** – Mr. Duggar may testify about his education, training, and experience leading up to and working in public health, including management of teams engaged in disease control efforts, as discussed in his attached curriculum vitae.

- **CDC Pandemic Response** – Mr. Duggar may testify about the CDC's historical role in pandemic responses. He may also testify about the sequence and extent of the CDC's involvement in the United States' COVID-19 pandemic response through its COVID-19 vaccination program. This program included, for example:
    - Early monitoring of the COVID-19 virus outside of the United States;
    - Declaration of an emergency pandemic situation in the United States by March 2020;
    - Observation of the COVID-19 virus's effects in the United States;
    - Initiation of Operation Warp Speed under the first Trump Administration to develop a viable COVID-19 vaccine;
    - Development of emergency-use-authorized COVID-19 vaccines;
    - Deployment, administration, and distribution of COVID-19 vaccines and ancillary supplies, including the administration and distribution of COVID-19 vaccination record cards; and
    - CDC monitoring of COVID-19 vaccine administration through local and national registries or reporting systems.

  Mr. Duggar may also testify concerning the CDC's observations and goals that led to such government actions.

- **Provider Agreement** – Mr. Duggar may testify about the development and implementation of the CDC COVID-19 Vaccination Program Provider

Agreement to distribute COVID-19 vaccines and vaccination record cards through only authorized providers. This may include discussion of:

- The requirements providers had to meet to receive vaccine doses and vaccination record cards. For example:
    - Recording and reporting requirements;
    - Requirements to provide COVID-19 vaccination record cards only after administering the COVID-19 vaccine to patients;
    - Requirements to provide the vaccines and vaccination record cards without cost to patients; and
    - Requirements related to the administration of the vaccines;
- Updates from the CDC to enrolled, authorized vaccine providers regarding their obligations under the CDC COVID-19 Vaccination Program Provider Agreements they signed in order to enroll and participate in the CDC's COVID-19 Vaccination Program; and
- The CDC's potential and actual disenrollment of providers who the CDC learned did not adhere to the requirements of the CDC's COVID-19 Vaccination Program.

- **Vaccination Record Cards** – Mr. Duggar may testify about the COVID-19 vaccination record cards, including:
    - Their shipment alongside vaccine doses to authorized providers;
    - The protocol for filling out the vaccination record cards;

   - o   The rules associated with the distribution of the vaccination record cards; and

   - o   Vaccination record cards' purpose to, among other things, provide a reliable means of verifying individuals' vaccination status.

3. **Compensation**

Mr. Duggar plans to testify at this trial as part of his ongoing commitment to his recent role as a Public Health Advisor at the CDC. He is not receiving compensation for his testimony in this case.

### III.    Rule 16(a)(1)(G)(v) Approval and Signature by Expert Witness

Pursuant to Rule 16(a)(1)(G)(v), Mr. Duggar has reviewed and approved this filing. Furthermore, he has electronically signed this filing below:

*/s/ Christopher Duggar*
Christopher Duggar,
former CDC Public Health Advisor

If, after reviewing this notice defendants request further information or have concerns under Rule 16, the United States requests that defendants advise as to what further information is necessary to prepare for trial.

The United States also requests that defendants provide the United States with any expert reports they intend to rely upon and file their expert notices, if any.

Finally, the United States requests the opportunity to supplement this notice, if necessary, after reviewing the defendants' anticipated notice of expert testimony. There

may be areas of opinion the United States will need to illicit from Mr. Duggar in rebuttal. The United States will be able to make this determination only after reviewing the defendants' notice.

RESPECTFULLY SUBMITTED May 12, 2025.

                FELICE JOHN VITI
                Acting United States Attorney

                 */s/ Sachiko Jepson*_____
                SACHIKO J. JEPSON
                Special Assistant United States Attorney