AO 187A (Rev. 7/87)
AO 187 (Rev.07/87) Witness List

# WITNESS LIST

# United States District Court
## DISTRICT OF UTAH

| USA | UNITED STATES' PROPOSED WITNESS LIST |
|---|---|
| v. | CASE NUMBER: 2:23-cr-00010-HCN |
| Plastic Surgery Institute of Utah, Inc., et al. | |

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Howard C. Nielson, Jr. | Todd Bouton; Sachiko Jepson; and Jacob J. Strain | Kathryn Nester; David O. Drake; Brian R. Barnhill; Edward K. Brass |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 7, 2025 at 10:00 a.m. | Teena Green | Kimberly Sheffield |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Christopher Duggar, Formerly with Centers for Disease Control and Prevention, Public Health Specialist |
| | | | | | Richard Lakin, Utah Department of Health and Human Services, Immunization Director |
| | | | | | Gary L. Disbrow, Ph.D., Administration for Strategic Preparedness and Response (ASPR), Deputy Assistant Secretary for Preparedness and Response; Center for Biomedical Advanced Research and Development Authority (BARDA), Director |
| | | | | | Kari Burgoyne, Former Office Manager of PSI |
| | | | | | Sandra Flores, Former Employee of PSI |
| | | | | | Gopi Vijaya, Foundation for Cultural Renewal, Founder |
| | | | | | Snetu Karania, Foundation for Cultural Renewal, Founder |
| | | | | | Sabrina Parish, Former Employee of PSI |
| | | | | | Undercover Investigator Camille Farley, Utah Division of Professional Licensing |